# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Joseph Dean Fuller, )<br>                  Plaintiff,  )<br>vs.                                 )  No. 05-0563-CV-W-FJG<br>Jo Anne B. Barnhart, Commissioner )<br>of the Social Security Administration,   )<br>                  Defendant.  ) | |

## ORDER

On December 9, 2005, this Court issued an order directing plaintiff to show cause in writing on or before December 27, 2005, why this matter should not be dismissed for failure to prosecute (Doc. #17). Plaintiff was advised that his failure to comply with the Court's order would result in the immediate dismissal of this action without further notice. A copy of the order was sent by certified mail to plaintiff at 10205 E. 67th, Apartment #2, Raytown, Missouri 64133. That copy was served at 10207 E. 67th and signed by Johnna Fuller. A copy was also sent to plaintiff by regular United States mail. Because the copy sent by regular United States mail was not returned as undeliverable, the Court will assume that plaintiff received the order. To-date, plaintiff has not responded to the Court's order (Doc. #17). Therefore, the Court orders the above-captioned matter dismissed with prejudice.

                                              /s/Fernando J. Gaitan, Jr.
                                              United States District Judge

Dated:  April 14, 2006
Kansas City, Missouri